UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

KEVIN M. ROBINSON,

        Plaintiff,

v.                                                         Case No. 19-C-377

MICHELLE MAE GREEN, et al.,

        Defendants.

---

## ORDER

---

Plaintiff Kevin Robinson, who is representing himself, filed a civil rights complaint under 42 U.S.C. § 1983 along with a motion to proceed without prepaying the filing fee under 28 U.S.C. § 1915. On March 28, 2019, U.S. Magistrate Judge Nancy Joseph ordered Robinson to forward $6.16 to the Clerk of Court by April 18, 2019, as an initial partial filing fee in this case. Judge Joseph warned Robinson that, if he did not pay the initial partial filing fee or explain to the court why he was unable to do so, the case would be closed.

Robinson has not paid the initial partial filing fee. Accordingly, the court will dismiss this case without prejudice based on Robinson's failure to comply with Judge Joseph's order. Because not all parties have had the opportunity to consent to magistrate judge jurisdiction, the case was reassigned to this court for entry of the dismissal.

**IT IS THEREFORE ORDERED** that this case is **DISMISSED without prejudice** based on Robinson's failure to comply with Judge Joseph's order. The Clerk is directed to enter judgment

accordingly. Robinson may submit the initial partial filing fee and move to have the case reopened within twenty-one days of entry of this order.

Signed in Green Bay, Wisconsin, this 24th day of April, 2019.

s/ William C. Griesbach
William C. Griesbach, Chief Judge
United States District Court
